UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN BANKS, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00241-HRL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| CHAD WHITE,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00305-HRL |
| FIONA CUNNINGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br><br>    Defendant. | Case No. 5:18-cv-00338-HRL |

| | |
|---|---|
| MARGARET WETHERALD,<br><br>   Plaintiff,<br><br> v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 5:18-cv-00371-HRL |
| PATRICIA JOHNSON, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 5:18-cv-00385-HRL |
| KRISTIN BILIC, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>APPLE, INC.,<br><br>   Defendant. | Case No. 5:18-cv-00449-HRL |

  Pursuant to Civil Local Rule 3-12(c), the above-entitled cases are hereby REFERRED to the Honorable Edward J. Davila for consideration of whether they are related to 5:17-cv-07274-EJD *Harvey v. Apple, Inc.*

  SO ORDERED.

Dated: January 23, 2018

_____
HOWARD R. LLOYD
United States Magistrate Judge